242 So.2d 884

**ELITE HOMES, INCORPORATED**

v.

**Dorothy L. YOUNGBLOOD, Wife of and Harold M. HERRMANN et al.**

**No. 50947.**

Nov. 9, 1970.

 Application is prematture. See Jones v. Williams, 215 La. 1, 39 So.2d 746.